MCGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-223 KJM |
| Plaintiff, | STIPULATION TO SET MATTER ARRAIGNMENT ON SUPERSEDING INDICTMENT; [~~PROPOSED~~] ORDER |
| v. | |
| DAVID SUN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 27, 2018, the grand jury returned a superseding indictment in the above-captioned matter.

2. The undersigned Assistant United States Attorney has conferred with counsel for the defendant and the parties jointly request that this matter be placed on the Court's calendar for an arraignment on the superseding indictment on Wednesday, October 10, 2018 at 2:00 p.m. before the Honorable Deborah Barnes, United States Magistrate Judge.

3. Counsel for defendant agrees to inform his client upon entry of this proposed order that Court has ordered the defendant to appear on the date and time as requested by the parties.

STIPULATION TO SET MATTER FOR ARRAIGNMENT ON
SUPERSEDING INDICTMENT

1

IT IS SO STIPULATED.

Dated:  October 3, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated:  October 3, 2018

*/s/ Patrick Hanly (as authorized on Oct. 3, 2018)*
PATRICK HANLY, ESQ.
Counsel for Defendant
DAVID SUN

## [~~PROPOSED~~] FINDINGS AND ORDER

The Court adopts the parties' stipulation.  For good cause showing, the matter is set for arraignment on superseding indictment on October 10, 2018 at 2:00 p.m. before the Honorable Deborah Barnes, Courtroom 27, 8th Floor.  Defendant David Sun is ordered to appear on that date at that time.

IT IS SO FOUND AND ORDERED this 3rd day of October, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE