McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID SUN, <br><br> Defendant. | CASE NO. 2:17-CR-223-KJM <br><br> ORDER DISMISSING COUNTS TWO THROUGH TWELVE OF THE SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) <br><br> COURT: Hon. Kimberly J. Mueller |

**ORDER**

Upon motion of the United States of America and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that Counts Two through Twelve of the Superseding Indictment (ECF 29) are dismissed without prejudice.

Dated: August 29, 2019.

_____
UNITED STATES DISTRICT JUDGE