McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

DEC 16 2019


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

DAVID SUN,

           Defendant.

CASE NO. 2:17-CR-223 KJM

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's exhibit to its Memorandum Regarding Purported Sentencing Disparities in the above-referenced case, and the government's Request to Seal shall be SEALED until further order of this Court.

      It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

///

///

1 | government would be harmed. In light of the public filing of its request to seal, the Court further finds
2 | that there are no additional alternatives to sealing the government's motion that would adequately
3 | protect the compelling interests identified by the government.
4 | Dated: 12/16/19

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE