| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|   | LINDA ALLISON, #179741 |
| 3 | Assistant Federal Defender |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant-Movant |
|   | DAVID SUN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:17-cr-00223-KJM |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) JUDGE: Hon. Kimberly J. Mueller |
| DAVID SUN, | ) |
| Defendant-Movant. | ) |

Based upon Local Rule 141(b) and the representations contained in the defense's request to seal, the presentence report qualifies for sealing. The court finds that, for the reasons stated in the defendant's request, sealing exhibit E serves a compelling interest, and in the absence of closure, those compelling interests would be harmed. *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).

IT IS HEREBY ORDERED that the Request to Seal Exhibit E to Defendant-Movant's Emergency Motion for Compassionate Release be granted so that personal information in the report is not available on the public docket. The Request and its Exhibit E is to be provided to the Court and Assistant United States Attorney James Conolly.

These documents shall remain under seal until further order of the court.

This order resolves ECF No. 158.

Sun: Sealing Order

**IT IS SO ORDERED.**

DATED: May 11, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE