UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID SUN,<br><br>              Defendant. | No. 2:17-CR-00223-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAVID SUN;

Case No. 2:17-CR-00223-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

                  ___ Unsecured Appearance Bond

                  ___ Appearance Bond with 10% Deposit

                  ___ Appearance Bond with Surety

                  ___ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on _10/16/23_, at _10:04 a.m._.

                                                  Kimberly J. Mueller<br>                                                  United States District Judge